THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES BUTLER, INCORPORATED, Appellant.

*People* v. *Butler, Inc.*, 134 App. Div. 151, appeal dismissed.
(Submitted December 15, 1910; decided December 16, 1910.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 8, 1909, reversing a judgment of the Municipal Court of the city of New York in favor of defendant and granting a new trial in an action to recover a penalty for an alleged violation of sections 164 and 165 of chapter 338 of the Laws of 1893, as amended by chapter 524 of the Laws of 1903 and chapter 100 of the Laws of 1905.

*John H. Rogan* for appellant.

*Edward R. O'Malley, Attorney-General (Taylor More* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.